NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-165

CITY COURT OF OAKDALE
VERSUS
CITY OF OAKDALE, ET AL.

Consolidated with:

CITY OF OAKDALE
VERSUS
CITY COURT OF OAKDALE, ET AL.

************

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT,
PARISH OF ALLEN, NO. 2005-059 and 2005-088,
HONORABLE FRED SEXTON DISTRICT JUDGE

************
MARC T. AMY
JUDGE

************

Court composed of John D. Saunders, Oswald A. Decuir, and Marc T. Amy,
Judges.

MOTION TO DISMISS APPEAL DENIED.

J. Michael Veron
Post Office Box 2125
Lake Charles, LA 70602-2125
(337) 310-1600
COUNSEL FOR APPELLEES:
    City Court of Oakdale
    Judge Perrell Fuselier
    Clerk of Court Delora Lovejoy

**Charles L. Patin, Jr.**
**Post Office Box 3513**
**Baton Rouge, LA 70821**
**(225) 387-0999**
**COUNSEL FOR APPELLANTS:**
    **City of Oakdale**
     **Mayor Bobby Abrusley**